■ RUTH LOCKWOOD, as Guardian ad Litem of CAROL JAGIELLO, an Infant, Respondent, v. EDWIN T. JAGIELLO, Appellant.— Order unanimously reversed and application remitted and referred to Family Court of Oneida County for determination. See Memorandum in companion case of *Lockwood* v. *Jagiello*, 24 A D 2d 544, decided herewith. (Appeal from order of Oneida Special Term denying defendant's motion to modify judgment awarding custody of issue to plaintiff.) Present — Bastow, J. P., Goldman, Henry and Del Vecchio, JJ.